Amir MUZEN, Plaintiff–Appellant,

v.

Jerry KELLER, Sheriff; et al., Defendants–Appellees.

No. 01–15331.

D.C. No. CV–00–1299–RLH(LRL).

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 15, 2001.[1]

Decided Oct. 24, 2001.

Before REINHARDT, GRABER, and BERZON, Circuit Judges.

MEMORANDUM[2]

Amir Muzen, a Nevada state prisoner, appeals pro se the district court's dismissal, under 42 U.S.C. § 1915A, of Muzen's 42 U.S.C. § 1983 action alleging prison officials violated his Eighth Amendment rights when they allowed an HIV-infected inmate to pour his own drinks from a pitcher used by all inmates, including Muzen. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo the district court's dismissal, *see Resnick v. Hayes*, 213 F.3d 443, 447 (9th Cir.2000), and we affirm.

The district court properly dismissed Muzen's complaint, because Muzen did not demonstrate that he suffered from a serious medical need or that prison officials

---

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, Muzen's request for oral argument is denied.

knew of and disregarded any excessive risk. *See Doty v. County of Lassen,* 37 F.3d 540, 546 (9th Cir.1994); *Farmer v. Brennan,* 511 U.S. 825, 837, 114 S.Ct. 1970, 128 L.Ed.2d 811 (1994).

AFFIRMED.

* Because this panel unanimously finds this case suitable for decision without oral argument, Osijo's request for oral argument is denied. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.